1
2
3
4
5
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

7

MARTIN R. VAN ZANDT,

Case No. 2:16-cv-01034-JAD-PAL

8
9

Plaintiff,

v.

ORDER

10
11
12

AMERICAN     EXPRESS     FINANCIAL
SERVICES COMPANY, et al.,

Defendants.

13    Before the court is the Notice of Settlement Between Plaintiff and Defendant Equifax

14  Information Services, LLC (Dkt. #4) .  The parties advise that a settlement has been reached and

15  that a stipulation to dismiss should be filed within 60 days.  Accordingly,

16    **IT IS ORDERED** that Plaintiff and Defendant Equifax Information Services shall have

17  until **July 12, 2016,** to file a stipulation to dismiss, or a joint status report advising when the

18  stipulation to dismiss will be filed.

19    DATED this 16th day of May, 2016.

20
21
22

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28