UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARTIN R. VAN ZANDT, | Case No. 2:16-cv-01034-JAD-PAL |
| Plaintiff, | ORDER |
| v. | |
| AMERICAN EXPRESS FINANCIAL SERVICES COMPANY, et al. | |
| Defendants. | |

Before the court is the Notice of Settlement Between Plaintiff and Defendants WebBank/Dell Financial Services and Ford Motor Credit Company (ECF Nos. 26, 29). The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days. Accordingly,

**IT IS ORDERED** that Plaintiff and Defendants WebBank/Dell Financial Services and Ford Motor Credit Company shall have until **October 17, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 30th day of August, 2016.


PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE