David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Martin R. Van Zandt*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Martin R. Van Zandt,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS FINANCIAL SERVICES COMPANY; BARCLAYS BANK DELAWARE; FORD MOTOR CREDIT COMPANY; WEBBANK/ DELL FINANCIAL SERVICES; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>    Defendants. | **Case No. 2:16-cv-01034-JAD-PAL**<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO FORD MOTOR CREDIT COMPANY ONLY** |

Plaintiff Martin R. Van Zandt and Ford Motor Credit Company ("Ford") hereby stipulate and agree that the above-entitled action shall be dismissed with

…

…

…

…

prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Ford**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:     October 18, 2016

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | /s/ Gary Schnitzer, Esq.<br>Gary Schnitzer, Esq.<br>Kravitz, Schnitzer & Johnson, CHID<br>8985 S. Eastern Avenue<br>Suite 200<br>Las Vegas, NV 89123<br>/s/ Adam J. Wax, Esq.<br>Adam J. Wax, Esq.<br>Kravitz, Schnitzer & Johnson, CHTD<br>8985 S. Eastern Avenue<br>Suite 200<br>Las Vegas, NV 89123<br>*Attorneys for Defendant Ford Motor Credit Company* |

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: October 19, 2016 _____