David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Martin R. Van Zandt*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Martin R. Van Zandt, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN EXPRESS FINANCIAL SERVICES COMPANY; BARCLAYS BANK DELAWARE; FORD MOTOR CREDIT COMPANY; WEBBANK/ DELL FINANCIAL SERVICES; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC., <br><br> Defendants. | Case No. 2:16-cv-01034-JAD-PAL <br><br> **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** <br><br> ECF No. 44 |

Plaintiff Martin R. Van Zandt and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") hereby stipulate and agree that the above-entitled

…

…

…

…

…

action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Experian**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: April 27, 2017

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Bob L. Olson, Esq.
Bob L. Olson, Esq.
Snell & Wilmer, LLP
3883 Howard Hughes Pwky.
Suite 1100
Las Vegas, NV 89169
*Attorney for Defendant EXPERIAN INFORMATION SOLUTIONS, INC.*

## ORDER

Based on the stipulation [ECF No. 44] between plaintiff and Experian Information Solutions, Inc., which I treat as a joint motion to dismiss under Local Rule 7-1(c), and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims against Experian Information Solutions, Inc. are DISMISSED with prejudice, each party to bear its own fees and costs.

_____
U.S. District Judge Jennifer Dorsey
5/8/17